UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN ALLEN, ET AL | CIVIL ACTION |
| VERSUS | NO. 11-1571 |
| ENTERGY LOUISIANA, LLC | SECTION "H"(5) |

ORDER CONSOLIDATING CASES

It having come to the Court's attention that *Troy Self v. Entergy Operation, Inc.*, Civil Action No. 16-1575 is related to the above case and the previously consolidated case *April Davis et al v. Entergy Operations Inc.,* Civil Action No. 15-3219;

**IT IS ORDERED** that the above matters are **CONSOLIDATED**.

Pursuant to the Court's directive, all pleadings hereafter filed in the consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

**All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies**, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed

in the record of the individual case.

In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case to file such designation and copies of the documents.

**IT IS FURTHER ORDERED** that this matter shall adopt the scheduling order entered in the member case *April Davis et al v. Entergy Operations Inc.* (No. 15-3219), Record Doc. 14.

New Orleans, Louisiana, this 13th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE
HON. JANE TRICHE MILAZZO