UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN ALLEN, JR., ET AL. | * | CIVIL ACTION |
| | * | NO. 11-1571 |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | SECTION "H" |
| | * | JUDGE TRICHE MILAZZO |
| ENTERGY LOUISIANA, L.L.C. d/b/a | * | |
| ENTERGY LOUISIANA, INC. | * | |
| | * | MAG. DIV. (5) |
| Defendant. | * | MAG. JUDGE NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS
## AND FOR APPROVAL OF SETTLEMENT

Stephen Allen, Jr., Ernest Brown, Felicia Connor, Nathan Hills, Cynthia Johnson, James Kelly, Merlin LeBoeuf, Steven Looney, Douglas Luke, Rolando Martinez, Billy Mooring, Jonathan Perry, Cynthia Robinson-Singleton, Charles Ryan, Anthony Smith, Michael Stubbs, Douglas Valotta, Lee Vicks, and Picola Williams (collectively, "Plaintiffs"), and defendant, Entergy Operations, Inc. ("EOI"), respectfully move this Court for an Order dismissing Plaintiffs' claims against EOI and Entergy Louisiana, L.L.C. in their entirety and with prejudice and approving the Receipt, Release and Settlement Agreement (the "Settlement Agreement") between the parties. A copy of the Settlement Agreement is attached as Exhibit "1."

Plaintiffs are current and former employees of EOI who allege they are entitled to recovery under the Fair Labor Standards Act, 29 U.S.C. §§ 201 – 219 (the "FLSA"), for unpaid overtime compensation. EOI denies all claims and allegations by Plaintiffs, and a *bona fide* dispute exists between the parties, both as to liability and the amount of damages, if any,

allegedly suffered by Plaintiffs. All parties are represented by counsel, who have engaged in extensive negotiations over a number of years regarding Plaintiffs' claims and an amicable resolution of this matter.

The parties aver that they have agreed upon a fair and equitable resolution of this case and that the settlement payments set forth in the Settlement Agreement encompass all possible claims and are inclusive of all attorneys' fees, any other fees, and costs. Accordingly, the parties request that the Court enter an Order approving the Settlement Agreement and dismissing Plaintiffs' claims in their entirety and with prejudice. Additionally, the parties request that the Court retain jurisdiction of this matter for all purposes, including enforcement of the Settlement Agreement.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

BY:     *s/Amelia W. Koch*
       AMELIA W. KOCH, T.A. (2186)
       JENNIFER McNAMARA (23946)
       KATHLYN G. PEREZ (30668)
       LAURA E. CARLISLE (33760)
       201 St. Charles Avenue, Suite 3600
       New Orleans, Louisiana 70170
       Telephone: (504) 566-5200
       Facsimile: (504) 636-4000
       E-mail: akoch@bakerdonelson.com
       E-mail: jmcnamara@bakerdonelson.com
       E-mail: kperez@bakerdonelson.com

       *-and-*

       RENEE W. MASINTER (19831)
       **ENTERGY SERVICES, INC.**
       639 Loyola Avenue, 22nd Floor
       New Orleans, Louisiana 70113
       Telephone: (504) 576-2266
       Facsimile: (504) 576-7750
       E-mail: amasint@entergy.com

**ATTORNEYS FOR DEFENDANT,
ENTERGY OPERATIONS, INC.**

*– and –*

**CATER & ASSOCIATES, LLC**

BY: <u>     *s/R. Glenn Cater*     </u>
R. GLENN CATER, T.A. (4048)
AMANDA C. GRAEBER (29883)
124 South Clark Street
New Orleans, Louisiana 70119
Telephone: (504) 485-5888
Facsimile: (504) 485-5958
E-mail: mgraeber@caterlaw.com
E-mail: gcater@caterlaw.com

*-and-*

CHRIS EDWARDS (22349)
401 Derbigny Street
Gretna, Louisiana 70053
Telephone: (504) 366-1121
E-mail: chris.edwards501@yahoo.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to:

>Rodney Glenn Cater, Esq. (gcater@caterlaw.com)
>Amanda C. Graeber (mgraeber@caterlaw.com)
>Christopher Blaise Edwards, Esq. (chris.edwards501@yahoo.com)
>COUNSEL FOR PLAINTIFFS

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-ECF participants:

>**None**.

This the 23rd day of May, 2018.

>*s/Amelia W. Koch*
>AMELIA W. KOCH