UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN ALLEN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-1571** |
| **ENTERGY LOUISIANA, LLC** | **SECTION: "H"** |

### ORDER

Before the Court is a Joint Motion to Dismiss and for Motion for Approval of Settlement with all remaining Plaintiffs (Doc. 242). For the reasons stated in Record Document 157 finding that prior settlements in this matter were fair, reasonable, and the product of a bona fide dispute, the Motion is GRANTED, the settlements are ACCEPTED, and all remaining claims by all remaining Plaintiffs are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, on this 24th day of May, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**